Decided September 20, 2001

STATE OF CONNECTICUT *v.* CLERMONT DOUGLAS

The defendant's petition for certification for appeal from the Appellate Court, 63 Conn. App. 908 (AC 19916), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Justin Maffeo* and *Howard A. Lawrence*, in support of the petition.

*Denise B. Smoker*, assistant state's attorney, in opposition.

Decided September 20, 2001